# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NIA MALIKA GOSSETT,<br><br>　　Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br><br>　　Defendant. | Civil Action File No.:<br><br>1:21-cv-03470-LMM |

## NOTICE OF SETTLEMENT

COMES NOW Defendant The Kroger Co. ("Kroger"), Defendant in the above-styled civil action, by and through counsel, and hereby provides notice to this honorable Court that the parties to this civil action have reached a settlement, and expect to have the final joint stipulation of dismissal filed with the Court within thirty days.

This the 16th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey M. Wasick*_____
　　　　　　　　　　　　　　　　　　　　Matthew G. Moffett
　　　　　　　　　　　　　　　　　　　　Georgia Bar No.: 515323
　　　　　　　　　　　　　　　　　　　　Jeffrey M. Wasick
　　　　　　　　　　　　　　　　　　　　Georgia Bar No.: 778423
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant The Kroger Co.*

1

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, LLP**
950 East Paces Ferry Road NE
1700 Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-7444
Facsimile:   (404) 870-1072
Email: jwasick@grsmb.com

CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

I HEREBY CERTIFY that I have this date served the within and foregoing *Notice of Settlement* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Robert D. Johnson, Esq.
John E. Alday, Esq.
JOHNSON & ALDAY, LLC
219 Roswell Street NE
Marietta, GA 30060

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14-point font.

This the 16th day of August, 2022.

                                         */s/ Jeffrey M. Wasick*_____
                                         Matthew G. Moffett
                                         Georgia Bar No.:  515323
                                         Jeffrey M. Wasick
                                         Georgia Bar No.: 778423

*Attorneys for Defendant The Kroger Co.*

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, LLP**
950 East Paces Ferry Road NE
1700 Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:  (404) 870-7444
Facsimile:   (404) 870-1072
Email: jwasick@grsmb.com