# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NIA MALIKA GOSSETT,<br><br>    Plaintiff,<br><br>v.<br><br>THE KROGER CO.,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:21-cv-03470-LMM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Rule 41(a)(1)(A)(ii)(B), the parties hereto hereby stipulate to the dismissal of the above-styled action <u>with</u> prejudice.

Respectfully submitted, this the 4th day of October, 2022.

| | |
|---|---|
| **JOHNSON & ALDAY, LLC**<br><br>*/s/ Robert D. Johnson*<br>Robert D. Johnson<br>*[Signed with express permission by Jeffrey M. Wasick]*<br>Georgia Bar No. 125305<br>John E. Alday<br>Georgia Bar No. 298669<br>219 Roswell Street NE<br>Marietta, Georgia 30060<br>Telephone:   (678) 967-4040<br>Facsimile:   (678) 400-2233<br>bobby@johnsonalday.com | **GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**<br><br>*/s/ Jeffrey M. Wasick*<br>Matthew G. Moffett<br>Georgia Bar No.:  515323<br>Jeffrey M. Wasick<br>Georgia Bar No.: 778423<br>950 East Paces Ferry Rd. NE<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>Telephone:  (404) 870-7444<br>Facsimile:   (404) 870-1072<br>mmoffett@grsmb.com<br>jwasick@grsmb.com |

| | |
|---|---|
| john@johnsonalday.com<br>*Attorneys for Plaintiff* | *Attorneys for Defendant The Kroger Co.* |

CERTIFICATE OF COMPLIANCE WITH L.R. 5.1

This is to certify that the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14 point font.

Respectfully submitted, this the 4th day of October, 2022.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,**<br>**MOFFETT & BRIESKE, L.L.P.**<br>950 East Paces Ferry Rd NE<br>Suite 1700 – Salesforce Tower Atlanta<br>Atlanta, Georgia 30326<br>(404) 870-7444 Direct Line<br>(404) 870-1072 Facsimile<br>mmoffett@grsmb.com<br>jwasick@grsmb.com | */s/ Jeffrey M. Wasick*<br>Matthew G. Moffett<br>Georgia Bar No.:  515323<br>Jeffrey M. Wasick<br>Georgia Bar No.:  778423<br>*Attorneys for Defendant The Kroger Co.* |

CERTIFICATE OF SERVICE

I hereby certify that I have on this day I electronically filed the JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties via:

Robert D. Johnson, Esq.
John E. Alday, Esq.
JOHNSON & ALDAY, LLC
219 Roswell Street NE

Marietta, GA 30060

Respectfully submitted, this the 4th day of October, 2022.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**

| | |
|---|---|
| 950 East Paces Ferry Rd NE | */s/ Jeffrey M. Wasick* |
| Suite 1700 – Salesforce Tower Atlanta | Matthew G. Moffett |
| Atlanta, Georgia 30326 | Georgia Bar No.: 515323 |
| (404) 870-7444 Direct Line | Jeffrey M. Wasick |
| (404) 870-1072 Facsimile | Georgia Bar No.: 778423 |
| mmoffett@grsmb.com | *Attorneys for Defendant The Kroger* |
| jwasick@grsmb.com | *Co.* |